# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01176 RPM-BNB

Alisabeth Lancaster,

    Plaintiff/Movant,

AmSher Collection Services, Inc.; and DOES 1-10, inclusive,

    Defendants.

---

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

---

Alisabeth Lancaster ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 5, 2011

    Respectfully submitted,
    By __/s/ Lark Fogel_____
    Lark Fogel, Esq.
    Bar Number: 030383
    P.O. Box 2486
    Elizabeth, Colorado 80107
    Tel. 303.596.4838
    Fax.203.653.3424
    larklaw@gmail.com
    Attorneys for Plaintiff

    Of Counsel To:

    LEMBERG & ASSOCIATES L.L.C.
    1100 Summer Street, 3rd Floor
    Stamford, CT 06905
    Telephone: (203) 653-2250
    Facsimile: (877) 795-3666

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 5, 2011, a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE** was emailed and deposited in the United States mail, postage prepaid, addressed to the following:

E-Mail:

                                    By /s/ Lark Fogel

                                    Lark Fogel, Esq.